FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 9 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:18CR 00016 KGB |
| vs. | ) | |
| | ) | 21 U.S.C. § 846 |
| MACHITA DECOSTA MITCHELL, JR., | ) | 21 U.S.C. § 841(a)(1), 841(b)(1)(D) |
| aka Frog; and KENWAN SHERROD, aka | ) | 18 U.S.C. § 924(c)(1)(A) |
| Booman | ) | 18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

Beginning in or about July 2016, and continuing through in or about October 2017, in the Eastern District of Arkansas, and elsewhere,

MACHITA DECOSTA MITCHELL, JR., aka Frog; and
KENWAN SHERROD, aka Booman,

defendants herein, conspired and agreed with each other, and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about June 13, 2017, in the Eastern District of Arkansas, the defendants,

MACHITA DECOSTA MITCHELL, JR., aka Frog; and
KENWAN SHERROD, aka Booman,

knowingly and intentionally possessed with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

On or about June 13, 2017, in the Eastern District of Arkansas, the defendants,

MACHITA DECOSTA MITCHELL, JR., aka Frog; and
KENWAN SHERROD, aka Booman,

aiding and abetting one another, did knowingly and intentionally possess at least one firearm, to wit, a Glock, Model 21, .45 caliber pistol, bearing serial number SPT784; a Smith & Wesson, Model M&P, .40 caliber pistol, bearing serial number DWU0161; and a Smith & Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PBZ8762, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is, conspiracy to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, and possession with intent to less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(D), as set forth in Counts 1 and 2 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT 4

A.   Prior to June 13, 2017, the defendant,

MACHITA DECOSTA MITCHELL, JR., aka Frog,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for possession of firearms by certain persons, in criminal case CR 2007 004059; and

2. In the United States District Court for the Eastern District of Arkansas for conspiracy to possess with intent to distribute more than 5 grams but less than 50 grams of cocaine base, in criminal case 4:07CR00281-02-WRW.

B.   The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.  On or about June 13, 2017, in the Eastern District of Arkansas,

MACHITA DECOSTA MITCHELL, JR., aka Frog,

did knowingly possess at least one firearm in and affecting commerce, to wit, a Glock, Model 21, .45 caliber pistol, bearing serial number SPT784; a Smith & Wesson, Model M&P, .40 caliber pistol, bearing serial number DWU0161; and a Smith & Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PBZ8762, thereby violating Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of the offense alleged in Count 1 or 2 of this Indictment, MACHITA DECOSTA MITCHELL, JR., aka Frog; and KENWAN SHERROD, aka Booman, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all firearms and ammunition used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including, but not limited to a Glock, Model 21, .45 caliber pistol, bearing serial number SPT784; and a Smith & Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PBZ8762.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 3 or 4 of this Indictment, MACHITA DECOSTA MITCHELL, JR., aka Frog; and KENWAN SHERROD, aka Booman, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to a Glock, Model 21, .45 caliber pistol, bearing serial number SPT784; and a Smith & Wesson, Model SW40VE, .40 caliber pistol, bearing serial number PBZ8762.

[End of Text.   Signature page attached.]